# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE, INC., <br><br> Movants, <br><br> v. <br><br> THE CIGNA GROUP, <br><br> Respondent. | Case No. _____ |

## ADVOCATE AURORA HEALTH, INC.'S AND AURORA HEALTH CARE, INC.'S MOTION TO COMPEL THE CIGNA GROUP TO PRODUCE DOCUMENTS AND DATA BY A DATE CERTAIN

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 37.1 of the U.S. District Court for the District of Massachusetts, Advocate Aurora Health, Inc. and Aurora Health Care, Inc. (collectively, "AAH" or "Movants") hereby file this Motion to Compel The Cigna Group to Produce Documents and Data by a Date Certain (the "Motion to Compel"). AAH respectfully requests that the Court grant the Motion to Compel and direct The Cigna Group ("Cigna") to produce within fourteen (14) days of the Court's order, with respect to its operations in Wisconsin during the "Relevant Time Period" (as defined in the Subpoena, May 24, 2018 to the present):

(i) Cigna's operative contracts, as amended, with each of—

    a. Ascension Health Alliance;
    b. Bellin Health Systems, Inc.;
    c. Froedtert Health;
    d. Hospital Sisters Health System;
    e. Mercy Health System Corporation;
    f. Prevea Health Network, Inc.;
    g. ProHealth Care, Inc.; and
    h. ThedaCare, Inc.;

(ii) Documents sufficient to show Cigna's commercial health plan offerings, plan design, and network types;

(iii) Claims data from 2014 to the present for at minimum Wisconsin providers, as well as Illinois, Michigan, and/or any other states for which Cigna had previously told the parties it would produce claims data. This claims data should include not only all data fields summarized in Cigna's data dictionary provided to counsel for AAH on August 5, 2024, in an Excel file entitled "Finalized_Clm_In_Line_Standard_Med_wthDeduc_non-cummu_Data_Dictiona ry.xlsx," but also group zip code, patient age, patient gender, DRG codes for each insurance claim, and provider names (not only their National Provider Identifiers), as well as confirmation whether copay, deductible, and coinsurance amounts in the final data production are amounts expected from the patient or actual paid amounts; and

(iv) All non-privileged documents responsive to the Subpoena that hit on AAH's proposed search terms dated August 16, 2024, as applied to the custodial files of Cigna employees Tyler Norton, Mark Hoffman, and Shannon Rozovicz.

The points and authorities supporting the Motion to Compel are set forth in the accompanying Memorandum of Law and Declaration of Michael Ardeljan, and the exhibits thereto.

Dated: October 1, 2024         By:    */s/ Anne Johnson Palmer*

Jane E. Willis (Mass. BBO 568024)          Anne Johnson Palmer (Mass. BBO 666361)
Daniel Yanofsky (Mass. BBO 691605)         **ROPES & GRAY LLP**
**ROPES & GRAY LLP**                       Three Embarcadero Center
Prudential Tower                           San Francisco, CA 94111
800 Boylston Street                        Tel: (415) 315-6300
Boston, MA 02199                           Anne.JohnsonPalmer@ropesgray.com
Tel: (617) 951-7000
Jane.Willis@ropesgray.com                  ***Counsel for Movants Advocate Aurora***
Daniel.Yanofsky@ropesgray.com              ***Health, Inc. and Aurora Health Care, Inc.***