UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE, INC., <br><br> Movants, <br><br> v. <br><br> THE CIGNA GROUP, <br><br> Respondent. | Case No. 1:24-mc-91501-IT |

[PROPOSED] ORDER COMPELLING THE CIGNA GROUP
TO PRODUCE DOCUMENTS AND DATA BY A DATE CERTAIN

**WHEREAS**, the Court has considered Movants Advocate Aurora Health, Inc.'s and Aurora Health Care, Inc.'s ("AAH") Motion to Compel Respondent the Cigna Group ("Cigna") to Produce Documents and Data by a Date Certain (the "Motion");

**NOW, THEREFORE**, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;

2. No later than fourteen (14) days from the date of entry of this Order, Cigna shall do the following:

    a. Complete Cigna's production of claims-level data to include Wisconsin member data between April and September 2024, Illinois member data between January 2017 and July 2018, and a supplemental data dictionary adequate to define all data fields in the data production, including without limitation the copay, deductible, and coinsurance amounts contained in that production and whether they reflect amounts owed or amounts actually paid by Cigna health plan members;

b. ~~Explain in writing to AAH how to reconcile any and all discrepancies between the Wisconsin and Illinois member data Cigna produced on October 17, 2024, with the Wisconsin and Illinois member data Cigna produced on October 4 and 14, 2024, respectively;~~

c. Re-produce Cigna's production of provider contracts and related materials from September 30, and October 9 and 10, 2024, in accordance with Instructions H and I of AAH's subpoena *duces tecum*, dated August 15, 2023 (Doc. No. 3-3, at 6) (the "Subpoena") and pursuant to Federal Rule of Civil Procedure 45(e)(1)(A), by producing previously produced provider contracts and related materials as discrete documents as maintained in the ordinary course in standard Bates-stamped single-page Group IV TIFF images, or for native images in color, in Bates-stamped single-page JPEG images, with accompanying text extraction in separate text files and metadata in a Concordance-compatible load file;

d. Complete Cigna's production of all contracts with each of Ascension Health Alliance, Bellin Health Systems, Inc., Froedtert Health, Inc., Hospital Sisters Health System, Mercy Health System Corporation, Prevea Health Network, Inc., ProHealth Care, Inc., and/or ThedaCare, Inc., including without limitation any and all contracts with the foregoing providers that are within Cigna's possession, custody, or control and that have not been otherwise produced as of the date of this Order, and by producing the same in accordance with Instructions H and I of AAH's Subpoena (Doc. No. 3-3, at 6) and pursuant to Federal Rule of Civil Procedure 45(e)(1)(A), by

2

     producing the contracts as discrete documents as maintained in the ordinary course in standard Bates-stamped single-page Group IV TIFF images, or for native images in color, in Bates-stamped single-page JPEG images, with accompanying text extraction in separate text files and metadata in a Concordance-compatible load file; or otherwise certify in writing that all such foregoing contracts in Cigna's possession, custody, or control have been produced, including pursuant to and in accordance with § 2(c) of this Order;

 e. Re-produce Cigna's production of summary plan descriptions from October 9, 2024, in accordance with Instructions H and I of AAH's Subpoena and pursuant to Federal Rule of Civil Procedure 45(e)(1)(A), by producing previously produced summary plan descriptions as discrete documents as maintained in the ordinary course in standard Bates-stamped single-page Group IV TIFF images, or for native images in color, in Bates-stamped single-page JPEG images, with accompanying text extraction in separate text files and metadata in a Concordance-compatible load file;

 f. Complete Cigna's production of documents sufficient to satisfy Request for Production 1 of AAH's Subpoena (Doc. No. 3-3, at 7), including without limitation documents sufficient to identify all health insurance plans, provider networks, and other products that Cigna offered to any person in Wisconsin between 2018 and 2024, and in particular for each such health insurance plan, provider network, or other product, documents sufficient to identify the names, features, attributes, identity and status of all healthcare

   providers in-network, and customer base (whether fully-insured or self-insured) thereof, by producing the documents as discrete documents as maintained in the ordinary course in standard Bates-stamped single-page Group IV TIFF images, or for native images in color, in Bates-stamped single-page JPEG images, with accompanying text extraction in separate text files and metadata in a Concordance-compatible load file; and

g.  Produce all non-privileged documents responsive to the Subpoena that hit on AAH's proposed search terms dated August 16, 2024, as applied to the custodial files of Cigna employees Tyler Norton, Mark Hoffman, and Shannon Rozovicz; ~~and~~

~~h. Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), reimburse AAH for its attorneys' fees and costs incurred in connection with bringing the Motion.~~

**SO ORDERED.**

Dated: 1/16/2025

                _/s/ Indira Talwani_
                Hon. Indira Talwani
                United States District Judge